# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2835

_____

Ilester Malone,

        Appellant,

v.

Hennepin County Medical Center,

        Appellee.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*    [UNPUBLISHED]
\*

_____

Submitted: April 24, 2001
Filed: April 27, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Ilester Malone appeals from the district court's[1] dismissal with prejudice of his employment-discrimination case for failure to comply with a court order. We conclude that the district court did not abuse its discretion, as Malone exhibited a pattern of intentional delay by repeatedly failing to adhere to pretrial and hearing schedules. See Hunt v. City of Minneapolis, 203 F.3d 524, 527 (8th Cir. 2000) (standard of review; dismissal with prejudice under Fed. R. Civ. P. 41(b) should be used only in

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

cases of willful disobedience of court order or where litigant exhibits pattern of intentional delay; district court need not find appellant acted in bad faith, but only that he acted intentionally as opposed to accidentally or involuntarily).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.